IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARAH BORCHGREVINK, § <br> REPRESENTATVE OF THE ESTATE OF § <br> MATTHEW RYAN SHELTON, DECEASED, § <br> AND MARIANNA RUTH THOMPSON § <br> Statutory Wrongful Death Beneficiary of § <br> MATTHEW RYAN SHELTON, DECEASESD § <br>    *Plaintiffs* § <br> v. § <br> § <br> HARRIS COUNTY, TEXAS and HARRIS § <br> COUNTY HOSPITAL DISTRICT d/b/a § <br> HARRIS COUNTY HEALTH SYSTEMS, § <br> ET. AL. § <br>    *Defendants* § | NO. 4:23-CV-03198 |

**DEFENDANTS CHARLEY LAUDER AND ELIZABETH GARCIA'S
UNOPPOSED MOTION FOR EXTENSION TO FILE ORIGINAL ANSWER**
================================================================

MAY IT PLEASE THE COURT:

COMES NOW DEFENDANTS CHARLEY LAUDER AND ELIZABETH GARCIA (hereinafter "Defendants") and file this Unopposed Motion for Extension of Time to File Original Answer. Defendant requests that the Court grant this motion for the reasons set forth below and would show the Court as follows:

### I. PROCEDURAL HISTORY/ARGUMENT & AUTHORITIES

Defendants had previously filed a Rule 12 Motion to Dismiss in response to Plaintiff's live complaint in this case. *Dkt. #120-1*. On March 6, 2025, the Court entered an Order DEFENDANTS Rule 12 motion. *Dkt. #174*. Consequently, under Rule 12(a)(4), DEFENDANTS Answers are due on March 20, 2025.

Given the timing of this Court's denial of Defendants' Motion to Dismiss Plaintiffs' Original Complaint and counsel's current work schedule, other deadlines, and counsel's planned time out of the Country, DEFENDANTS hereby request an extension of 14 days from the current deadline to April 3, 2025.

This is the first request for an extension of time and Defendants have not previously requested any extensions of time in connection with the filing of their Answer and is unopposed.

Furthermore, this request for an extension of time is being made before the deadline at issue has passed. This extension of time is not sought for delay but so that justice may be served.

## CERTIFICATE OF CONFERENCE

Undersigned counsel has conferred with counsel of record in this matter and there is no opposition to this motion for extension of time. Therefore, the motion is filed as Unopposed.

## CONCLUSION & PRAYER

Therefore, for the foregoing reasons, DEFENDANTS requests that this Court grant an extension to file their Original Answer for 14 days from the current deadline, setting the new filing deadline to file a responsive pleading to be Thursday, April 3, 2025.

SIGNED on the 17th day of March 2025.

Respectfully Submitted

*Kelly R. Albin*
Kelly R. Albin
State Bar No. 24086079
So. Dist. ID No. 3792304
kralbin@rampagelaw.com

RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. Id No. 5953
rjnavarro@rampagelaw.com

**DENTON NAVARRO RODRIGUEZ
   BERNAL SANTEE & ZECH, P.C.**
549 N. Egret Bay, Suite 200
League City, Texas 77573
832- 632-2102 (office)
832-632-2132 (fax)

**ATTORNEYS FOR DEFENDANTS
LAUDER AND GARCIA**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been served on the persons or parties identified below in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the 17th day of MARCH 2025.

John T. Flood
John T. Flood, L.L.P.
Email: john@floodtriallawyers.com
COUNSEL FOR PLAINTIFFS

Jeffrey S. Edwards
The Edwards Law Firm
Email: jeff@edwards-law.com
COUNSEL FOR PLAINTIFFS

John R. Strawn, Jr.
Strawn Pickens LLP
Email: jstrawn@strawpickents.com
COUNSEL FOR HARRIS HEALTH SYSTSEMS

Gregory R. Burnett
Harris County Attorney's Office
Email: gregory.burnett@harriscoutytx.gov
COUNSEL FOR HARRIS COUNTY, TEXAS

Suzanne Bradley
Harris County Attorney's Office
Email: Suzanne.bradley@harriscountytx.gov
COUNSEL FOR HARRIS COUNTY DEFENDANTS

By: *Kelly Albin*
RICARDO J. NAVARRO
KELLY R. ALBIN