Case 4:23-cv-03198   Document 176   Filed on 03/26/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARAH BORCHGREVINK, § <br> REPRESENTATVE OF THE ESTATE OF § <br> MATTHEW RYAN SHELTON, DECEASED § <br> AND MARIANNA RUTH THOMPSON § <br> Statutory Wrongful Death Beneficary of § <br> MATTHEW RYAN SHELTON, DECEASESD § <br>     Plaintiffs § <br> § <br> Vs § <br> § <br> § <br> HARRIS COUNTY, TEXAS and HARRIS § <br> COUNTY HOSPITAL DISTRICT d/b/a § <br> HARRIS COUNTY HEALTH SYSTEMS § <br> ET. AL. § <br>     Defendants § | Civil Action No. 4:23-CV-03198 |

**ORDER GRANTING DEFENDANT CHARLEY LAUDER'S AND ELIZABETH GARCIA'S MOTION FOR EXTENSION TO FILE AN ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**
================================================================

On this day, the Court considered the Motion for Extension filed by Individual Defendant Charley Lauder and Defendant Elizabeth Garcia. After consideration of the Motion the Court finds that it has merit and should be Granted as requested.

It is, therefore, ORDERED that the Response or Answer date for Defendants Charley Lauder and Elizabeth Garcia is hereby reset to be <u>Thursday, April 3, 2025</u>.

SO ORDERED.

Signed at Houston, Texas on March 26, 2025.

                                              _____
                                              GEORGE C. HANKS, JR.
                                              UNITED STATES DISTRICT JUDGE