IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARAH BORCHGREVINK as REPRESENTATIVE OF THE ESTATE OF MATTHEW RYAN SHELTON and MARIANNA RUTH THOMSON, wrongful death beneficiary of MATTHEW RYAN SHELTON<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS and HARRIS COUNTY HOSPITAL DISTRICT d/b/a HARRIS HEALTH SYSTEMS, et al<br><br>Defendants. | Civil Action No. 4:23-cv-03198 |

**JOINT MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT HARRIS COUNTY HOSPITAL DISTRICT D/B/A HARRIS HEALTH SYSTEMS UNDER FED. R. CIV. P. 41(A)(2)**

Plaintiffs Sarah Borchgrevink as the independent administrator of the estate of Matthew Ryan Shelton, deceased, and Marianna Ruth Thomson ("Plaintiffs") and Defendant Harris County Hospital District d/b/a Harris Health Systems ("Harris Health") jointly move the Court for an order dismissing all claims asserted by Plaintiffs against Harris Health under Federal Rule of Civil Procedure 41(a)(2). This motion is submitted only by Plaintiffs and Harris Health; the remaining defendants do not join.

1. The dismissal sought applies only to claims between Plaintiffs and Harris Health and does not affect remaining claims.

2. Dismissal of the claims between Plaintiffs and Harris Health occasions no prejudice upon non-moving defendants.

3. The dismissal requested is with prejudice, each party to bear their own fees and costs.

4. Good cause exists to dismiss the claims between Plaintiffs and Harris Health.

5. Granting this motion promotes judicial economy and does not legally prejudice non-moving defendants.

Therefore, Plaintiffs and Defendant Harris Health respectfully request that the Court enter an order dismissing all of Plaintiffs' claims against Defendant Harris Health under Rule 41(a)(2), specifying the dismissal is with prejudice, and confirming that all claims against other defendants remain pending and are unaffected by such order.

Dated: December 9, 2025

        Respectfully submitted,

By: /s/ John Flood
    John Flood, attorney-in-charge
    State Bar No. 07155910
    So. Dist. Bar No. 12593

    OF COUNSEL:
    Jeff Edwards
    State Bar No. 24014406
    jeff@edwards-law.com
    jeff@floodtriallawyers.com
    Lisa Snead
    State Bar No. 24062204
    lisa@floodtriallawyers.com

        **JOHN T. FLOOD, L.L.P.**
        819 N. Upper Broadway
        Corpus Christi, Texas 78401
        Tel. 361-654-8877
        Fax. 361-654-8879
        john@floodtriallawyers.com
        irma@floodtriallawyers.com

        **ATTORNEYS FOR PLAINTIFFS**


By: _____
        John R. Strawn, Jr., #19374100
        Pennzoil Place, South Tower
        711 Louisiana, Suite 1850
        Houston, Texas 77002
        (713) 659-9600
        (713) 659-9601 Fax
        jstrawn@strawnpickens.com
        **ATTORNEYS FOR DEFENDANT, HARRIS COUNTY HOSPITAL DISTRICT D/B/A HARRIS HEALTH SYSTEM**

        OF COUNSEL:
        STRAWN PICKENS L.L.P.
        Victoria P. Skinner, #24005579
        Pennzoil Place, South Tower
        711 Louisiana, Suite 1850
        Houston, Texas 77002
        Tel: (713) 659-9600
        Fax: (713) 659-9601
        vskinner@strawnpickens.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 9, 2025, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, Southern District of Texas, Corpus Christi Division, using the CM/ECF system of the court. The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, via CM/ECF pursuant to the Federal Rules of Civil Procedure.

                                         /s/ John Flood
                                         John Flood