**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SARAH BORCHGREVINK, REPRESENTATIVE OF THE ESTATE OF MATTHEW RYAN SHELTON, DECEASED and MARIANNA RUTH THOMSON, statutory wrongful death beneficiary of MATTHEW RYAN SHELTON, DECEASED** | § | |
| **Plaintiffs,** | § | |
| **vs.** | § | **CIVIL ACTION NO.: 4:23-cv-03198** |
| **HARRIS COUNTY, TEXAS, ET AL.** | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

**DEFENDANT ED GONZALEZ'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Ed Gonzalez, in his individual capacity, by and through his undersigned counsel, files this Original Answer to Plaintiffs' First Amended Complaint, and in response to the separately numbered paragraphs of the Complaint states as follows. Except as expressly admitted herein, Defendant Gonzalez denies each and every allegation of the Complaint. The paragraph numbers below correspond to the numbered paragraphs of the First Amended Complaint. Headings from the Complaint are reproduced for convenience only and are not admitted; Defendant denies any allegation contained in any heading or subheading.

## PARTIES

1. Defendant Gonzalez admits that Plaintiffs' lawsuit arises from the death of Matthew Ryan Shelton. Defendant denies that he is liable to Plaintiffs for that death or otherwise.

2. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2 of the Complaint, and on that basis denies them.

3. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3 of the Complaint, and on that basis denies them.

4. Defendant Gonzalez admits the allegations in Paragraph 4.

5. Defendant Gonzalez admits that Harris County Hospital District d/b/a Harris Health Systems is a political subdivision of the State of Texas that has appeared in this case. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 5, and on that basis denies them.

6. Defendant Gonzalez admits that he is the duly elected Sheriff of Harris County, Texas, that Plaintiffs purport to sue him in his individual capacity for compensatory and punitive damages, and that he may be served with process as alleged. Defendant admits that, in his role as Sheriff, he acted under color of state law. Defendant denies that he was a 'policymaker' in the manner or for the purposes

Plaintiffs allege, denies that he is liable to Plaintiffs, and denies the remaining allegations and legal conclusions in Paragraph 6.

7. Defendant Gonzalez admits that Charley Lauder was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Charley Lauder in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 7 (including the current service address), and on that basis denies them.

8. Defendant Gonzalez admits that Elizabeth Garcia was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Elizabeth Garcia in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 8 (including the current service address), and on that basis denies them.

9. Defendant Gonzalez admits that Paulino Olguin was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Paulino Olguin in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 9 (including the current service address), and on that basis denies them.

10. Defendant Gonzalez admits that William Russell was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue William Russell in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 10 (including the current service address), and on that basis denies them.

11. Defendant Gonzalez admits that Garrett Woods was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Garrett Woods in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 11 (including the current service address), and on that basis denies them.

12. Defendant Gonzalez admits that Timothy Owens was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Timothy Owens in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 12 (including the current service address), and on that basis denies them.

13. Defendant Gonzalez admits that Kalin Stanford was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs

purport to sue Kalin Stanford in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 13 (including the current service address), and on that basis denies them.

14. Defendant Gonzalez admits that Brayan Silva was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Brayan Silva in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 14 (including the current service address), and on that basis denies them.

15. Defendant Gonzalez admits that Amber Bailey was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Amber Bailey in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 15 (including the current service address), and on that basis denies them.

16. Defendant Gonzalez admits that Amalia Ruiz was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Amalia Ruiz in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form

a belief about the truth of the remaining allegations of Paragraph 16 (including the current service address), and on that basis denies them.

17. Defendant Gonzalez admits that Jeremiah Adebola was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Jeremiah Adebola in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 17 (including the current service address), and on that basis denies them.

18. Defendant Gonzalez admits that Allyson Hurd was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Allyson Hurd in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 18 (including the current service address), and on that basis denies them.

19. Defendant Gonzalez admits that Dentrell Woods was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Dentrell Woods in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 19 (including the current service address), and on that basis denies them.

20. Defendant Gonzalez admits that Kimberly Rossell was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Kimberly Rossell in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 20 (including the current service address), and on that basis denies them.

21. Defendant Gonzalez admits that Marvin Perkins was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Marvin Perkins in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 21 (including the current service address), and on that basis denies them.

22. Defendant Gonzalez admits that Lonnie Brooks was employed as a Harris County detention officer at times relevant to the Complaint and that Plaintiffs purport to sue Lonnie Brooks in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 22 (including the current service address), and on that basis denies them.

23. Defendant Gonzalez admits that Alejandro Nieto was employed as a Harris County detention officer supervisor at times relevant to the Complaint and that

Plaintiffs purport to sue Alejandro Nieto in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 23 (including the current service address), and on that basis denies them.

24. Defendant Gonzalez admits that Bryan Collins was employed as a Harris County detention officer supervisor at times relevant to the Complaint and that Plaintiffs purport to sue Bryan Collins in an individual capacity. Defendant denies that any Defendant is liable to Plaintiffs, lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 24 (including the current service address), and on that basis denies them.

## II. JURISDICTION AND VENUE

25. Defendant Gonzalez admits that this Court has subject-matter jurisdiction over Plaintiffs' federal claims under 28 U.S.C. § 1331. Defendant denies that Plaintiffs state any valid claim or are entitled to any relief.

26. Defendant Gonzalez admits that venue is proper in this District under 28 U.S.C. § 1391. Defendant denies the remaining allegations in Paragraph 26.

## III. FACTS

27. Defendant Gonzalez admits that Matthew Shelton died on March 27, 2022. Defendant denies that he or any Defendant cut off Mr. Shelton's insulin supply,

failed to monitor him, or otherwise caused his death, and denies the remaining allegations in Paragraph 27.

28. Defendant Gonzalez denies the allegations in Paragraph 28 of the Complaint.

29. Defendant Gonzalez denies the allegations in Paragraph 29 of the Complaint.

30. Defendant Gonzalez denies the allegations in Paragraph 30 of the Complaint.

**A. Gonzalez denies the allegations in this heading.**

31. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31 of the Complaint, and on that basis denies them.

32. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 32 of the Complaint, and on that basis denies them.

33. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33 of the Complaint, and on that basis denies them.

34. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34 of the Complaint, and on that basis denies them.

35. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35 of the Complaint, and on

that basis denies them.

36. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36 of the Complaint, and on that basis denies them.

37. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37 of the Complaint, and on that basis denies them.

38. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38 of the Complaint, and on that basis denies them.

39. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39 of the Complaint, and on that basis denies them.

40. Defendant Gonzalez admits Harris Health conducted a study to take over medical care at the Harris County Jail, effective March 1, 2022, and as part of the transition, medical personnel previously employed by Harris County became Harris Health employees.

41. Defendant Gonzalez admits the allegations in Paragraph 41.

42. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42 of the Complaint, and on

that basis denies them.

43. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43 of the Complaint, and on that basis denies them.

44. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44 of the Complaint, and on that basis denies them.

45. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45 of the Complaint, and on that basis denies them.

46. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46 of the Complaint, and on that basis denies them.

47. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47 of the Complaint, and on that basis denies them.

48. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48 of the Complaint, and on that basis denies them.

49. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 49 of the Complaint, and on that basis denies them.

50. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 50 of the Complaint, and on that basis denies them.

51. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51 of the Complaint, and on that basis denies them.

52. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52 of the Complaint, and on that basis denies them.

53. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53 of the Complaint, and on that basis denies them.

54. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 54 of the Complaint, and on that basis denies them.

55. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 55 of the Complaint, and on that basis denies them.

56. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 56 of the Complaint, and on that basis denies them.

57. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57 of the Complaint, and on that basis denies them.

58. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58 of the Complaint, and on that basis denies them.

59. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59 of the Complaint, and on that basis denies them.

60. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 60 of the Complaint, and on that basis denies them.

61. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 61 of the Complaint, and on that basis denies them.

62. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 62 of the Complaint, and on

that basis denies them.

63. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63 of the Complaint, and on that basis denies them.

64. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64 of the Complaint, and on that basis denies them.

65. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 65 of the Complaint, and on that basis denies them.

66. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66 of the Complaint, and on that basis denies them.

67. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67 of the Complaint, and on that basis denies them.

68. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68 of the Complaint, and on that basis denies them.

69. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 69 of the Complaint, and on that basis denies them.

70. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 70 of the Complaint, and on that basis denies them.

71. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 71 of the Complaint, and on that basis denies them.

72. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 72 of the Complaint, and on that basis denies them.

73. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 73 of the Complaint, and on that basis denies them.

74. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74 of the Complaint, and on that basis denies them.

75. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75 of the Complaint, and on that basis denies them.

76. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76 of the Complaint, and on that basis denies them.

77. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 77 of the Complaint, and on that basis denies them.

78. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 78 of the Complaint, and on that basis denies them.

79. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 79 of the Complaint, and on that basis denies them.

80. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 80 of the Complaint, and on that basis denies them.

81. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81 of the Complaint, and on that basis denies them.

82. Defendant Gonzalez admits that detainees receive a medical screening before being housed in the Harris County Jail. Defendant lacks knowledge or information

sufficient to form a belief about the truth of the remaining allegations in Paragraph 82, and on that basis denies them.

83. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 83 of the Complaint, and on that basis denies them.

84. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84 of the Complaint, and on that basis denies them.

85. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 85 of the Complaint, and on that basis denies them.

86. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 86 of the Complaint, and on that basis denies them.

87. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 87 of the Complaint, and on that basis denies them.

88. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 88 of the Complaint, and on that basis denies them.

89. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 89 of the Complaint, and on that basis denies them.

90. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 90 of the Complaint, and on that basis denies them.

91. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 91 of the Complaint, and on that basis denies them.

92. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 92 of the Complaint, and on that basis denies them.

93. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 93 of the Complaint, and on that basis denies them.

94. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 94 of the Complaint, and on that basis denies them.

95. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 95 of the Complaint, and on

that basis denies them.

96. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 96 of the Complaint, and on that basis denies them.

97. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 97 of the Complaint, and on that basis denies them.

98. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 98 of the Complaint, and on that basis denies them.

99. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 99 of the Complaint, and on that basis denies them.

100. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 100 of the Complaint, and on that basis denies them.

101. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 101 of the Complaint, and on that basis denies them.

102. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 102 of the Complaint, and on that basis denies them.

103. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 103 of the Complaint, and on that basis denies them.

104. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 104 of the Complaint, and on that basis denies them.

105. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 105 of the Complaint, and on that basis denies them.

106. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 106 of the Complaint, and on that basis denies them.

107. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 107 of the Complaint, and on that basis denies them.

108. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 108 of the Complaint, and on that basis denies them.

109. Defendant Gonzalez admits that in March 2022 Harris County was still implementing Covid-19 quarantine protocols that required incoming detainees to be placed in single bed cells. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 109, and on that basis denies them.

110. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 110 of the Complaint, and on that basis denies them.

111. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 111 of the Complaint, and on that basis denies them.

112. Defendant Gonzalez admits the allegations in Paragraph 112.

113. Defendant Gonzalez denies the allegations in Paragraph 113 of the Complaint.

114. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 114 of the Complaint, and on that basis denies them.

115. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 115 of the Complaint, and on that basis denies them.

116. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 116 of the Complaint, and on that basis denies them.

117. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 117 of the Complaint, and on that basis denies them.

118. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 118 of the Complaint, and on that basis denies them.

119. Defendant Gonzalez denies the allegations in Paragraph 118.

120. Defendant Gonzalez admits LVNs with the insulin cart had to be accompanied by Harris County detention officers. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 120 of the Complaint, and on that basis denies them.

121. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 121 of the Complaint, and on that basis denies them.

122. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 122 of the Complaint, and on that basis denies them.

123. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 123 of the Complaint, and on that basis denies them.

124. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 124 of the Complaint, and on that basis denies them.

125. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 125 of the Complaint, and on that basis denies them.

126. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 126 of the Complaint, and on that basis denies them.

127. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 127 of the Complaint, and on that basis denies them.

128. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 128 of the Complaint, and on that basis denies them.

129. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 129 of the Complaint, and on

that basis denies them.

130. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 130 of the Complaint, and on that basis denies them.

131. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 131 of the Complaint, and on that basis denies them.

132. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 132 of the Complaint, and on that basis denies them.

133. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 133 of the Complaint, and on that basis denies them.

134. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 134 of the Complaint, and on that basis denies them.

135. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 135 of the Complaint, and on that basis denies them.

136. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 136 of the Complaint, and on that basis denies them.

137. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 137 of the Complaint, and on that basis denies them.

138. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 138 of the Complaint, and on that basis denies them.

139. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 139 of the Complaint, and on that basis denies them.

140. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 140 of the Complaint, and on that basis denies them.

141. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 141 of the Complaint, and on that basis denies them.

142. Defendant Gonzalez admits detention officers issue red transit passes to detainees which authorizes movement in the Jail. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in

Paragraph 142 of the Complaint, and on that basis denies them.

143. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 143 of the Complaint, and on that basis denies them.

144. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 144 of the Complaint, and on that basis denies them.

145. Defendant Gonzalez County denies the allegations in Paragraph 145.

146. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 146 of the Complaint, and on that basis denies them.

147. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 147 of the Complaint, and on that basis denies them.

148. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 148 of the Complaint, and on that basis denies them.

149. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 149 of the Complaint, and on that basis denies them.

150. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 150 of the Complaint, and on that basis denies them.

151. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 151 of the Complaint, and on that basis denies them.

152. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 152 of the Complaint, and on that basis denies them.

153. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 153 of the Complaint, and on that basis denies them.

154. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 154 of the Complaint, and on that basis denies them.

155. Defendant Gonzalez denies the allegations in Paragraph 155.

156. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 156 of the Complaint, and on that basis denies them.

157. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 157 of the Complaint, and on that basis denies them.

158. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 158 of the Complaint, and on that basis denies them.

159. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 159 of the Complaint, and on that basis denies them.

160. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 160 of the Complaint, and on that basis denies them.

161. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 161 of the Complaint, and on that basis denies them.

162. Defendant Gonzalez denies the allegations in Paragraph 162.

163. Defendant Gonzalez denies the allegations in Paragraph 163.

164. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 164 of the Complaint, and on that basis denies them.

165. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 165 of the Complaint, and on that basis denies them.

166. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 166 of the Complaint, and on that basis denies them.

167. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 167 of the Complaint, and on that basis denies them.

168. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 168 of the Complaint, and on that basis denies them.

169. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 169 of the Complaint, and on that basis denies them.

170. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 170 of the Complaint, and on that basis denies them.

171. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 171 of the Complaint, and on that basis denies them.

172. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 172 of the Complaint, and on that basis denies them.

173. Defendant Gonzalez admits that in March 2022, detention officers logged observation checks using a program called CorreTrack.

174. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 174 of the Complaint, and on that basis denies them.

175. Defendant Gonzalez denies the allegations in this paragraph.

176. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 176 of the Complaint, and on that basis denies them.

177. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 177 of the Complaint, and on that basis denies them.

178. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 178 of the Complaint, and on that basis denies them.

179. Defendant Gonzalez denies the allegations in Paragraph 179.

180. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 180 of the Complaint, and on that basis denies them.

181. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 181 of the Complaint, and on that basis denies them.

182. Defendant Gonzalez denies the allegations in Paragraph 182.

183. Defendant Gonzalez denies the allegations in Paragraph 183.

184. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 184 of the Complaint, and on that basis denies them.

185. Defendant Gonzalez denies there was a practice of Harris County detention officers deliberately and intentionally failing or refusing to stop at cells to check if a detainee was in medical distress. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 185 of the Complaint, and on that basis denies them.

186. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 186 of the Complaint, and on that basis denies them.

187. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 187 of the Complaint, and on

that basis denies them.

188. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 188 of the Complaint, and on that basis denies them.

189. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 189 of the Complaint, and on that basis denies them.

190. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 190 of the Complaint, and on that basis denies them.

191. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 191 of the Complaint, and on that basis denies them.

192. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 192 of the Complaint, and on that basis denies them.

193. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 193 of the Complaint, and on that basis denies them.

194. Defendant Gonzalez denies the allegation that there was a practice of not

assessing each individual detainee for signs of distress during observation checks. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 194 of the Complaint, and on that basis denies them.

195. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 195 of the Complaint, and on that basis denies them.

196. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 196 of the Complaint, and on that basis denies them.

197. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 197 of the Complaint, and on that basis denies them.

198. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 198 of the Complaint, and on that basis denies them.

199. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 199 of the Complaint, and on that basis denies them.

200. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 200 of the Complaint, and on that basis denies them.

201. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 201 of the Complaint, and on that basis denies them.

202. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 202 of the Complaint, and on that basis denies them.

203. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 203 of the Complaint, and on that basis denies them.

204. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 204 of the Complaint, and on that basis denies them.

205. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 205 of the Complaint, and on that basis denies them.

206. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 206 of the Complaint, and on that basis denies them.

207. Defendant Gonzalez denies the allegation that there was a practice of detention officers logging observation checks logged in as other officers. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 207 of the Complaint, and on that basis denies them.

208. Defendant Gonzalez denies the allegation that there is a practice of not assessing each individual detainee for signs of distress during observation checks. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 208 of the Complaint, and on that basis denies them.

209. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 209 of the Complaint, and on that basis denies them.

210. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 210 of the Complaint, and on that basis denies them.

211. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 211 of the Complaint, and on that basis denies them.

212. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 212 of the Complaint, and on that basis denies them.

213. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 213 of the Complaint, and on that basis denies them.

214. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 214 of the Complaint, and on that basis denies them.

215. Defendant Gonzalez denies the allegations in Paragraph 215.

216. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 216 of the Complaint, and on that basis denies them.

217. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 217 of the Complaint, and on that basis denies them.

218. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 218 of the Complaint, and on that basis denies them.

219. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 219 of the Complaint, and on

that basis denies them.

220. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 220 of the Complaint, and on that basis denies them.

221. Defendant Gonzalez denies the allegation that there is a practice of detention officers logging observation checks logged in as other officers. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 221 of the Complaint, and on that basis denies them.

222. Defendant Gonzalez denies the allegation that there is a practice of not assessing each individual detainee for signs of distress during observation checks. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 222 of the Complaint, and on that basis denies them.

223. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 223 of the Complaint, and on that basis denies them.

224. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 224 of the Complaint, and on that basis denies them.

225. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 225 of the Complaint, and on that basis denies them.

226. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 226 of the Complaint, and on that basis denies them.

227. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 227 of the Complaint, and on that basis denies them.

228. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 228 of the Complaint, and on that basis denies them.

229. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 229 of the Complaint, and on that basis denies them.

230. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 230 of the Complaint, and on that basis denies them.

231. Defendant Gonzalez denies the allegation that there is a practice of detention officers intentionally and deliberately not making observation checks of detainees.

Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 231 of the Complaint, and on that basis denies them.

232. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 232 of the Complaint, and on that basis denies them.

233. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 233 of the Complaint, and on that basis denies them.

234. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 234 of the Complaint, and on that basis denies them.

235. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 235 of the Complaint, and on that basis denies them.

236. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 236 of the Complaint, and on that basis denies them.

237. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 237 of the Complaint, and on

that basis denies them.

238. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 238 of the Complaint, and on that basis denies them.

239. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 239 of the Complaint, and on that basis denies them.

240. Defendant Gonzalez denies the allegations in Paragraph 240 of the Complaint.

241. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 241 of the Complaint, and on that basis denies them.

242. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 242 of the Complaint, and on that basis denies them.

243. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 243 of the Complaint, and on that basis denies them.

244. Defendant Gonzalez denies the allegation that there is a practice of detention officers deliberately and intentionally fabricating observation checks. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth

of the remaining allegations in Paragraph 244 of the Complaint, and on that basis denies them.

245. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 245 of the Complaint, and on that basis denies them.

246. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 246 of the Complaint, and on that basis denies them.

247. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 247 of the Complaint, and on that basis denies them.

248. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 248 of the Complaint, and on that basis denies them.

249. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 249 of the Complaint, and on that basis denies them.

250. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 250 of the Complaint, and on that basis denies them.

251. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 251 of the Complaint, and on that basis denies them.

252. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 252 of the Complaint, and on that basis denies them.

253. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 253 of the Complaint, and on that basis denies them.

254. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 254 of the Complaint, and on that basis denies them.

255. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 255 of the Complaint, and on that basis denies them.

256. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 256 of the Complaint, and on that basis denies them.

257. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 257 of the Complaint, and on

that basis denies them.

258. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 258 of the Complaint, and on that basis denies them.

259. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 259 of the Complaint, and on that basis denies them.

260. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 260 of the Complaint, and on that basis denies them.

261. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 261 of the Complaint, and on that basis denies them.

262. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 262 of the Complaint, and on that basis denies them.

263. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 263 of the Complaint, and on that basis denies them.

264. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 264 of the Complaint, and on that basis denies them.

265. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 265 of the Complaint, and on that basis denies them.

266. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 266 of the Complaint, and on that basis denies them.

267. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 267 of the Complaint, and on that basis denies them.

268. Defendant Gonzalez denies the allegation that there is a practice of detention officers intentionally and deliberately not making observation checks of detainees. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 268 of the Complaint, and on that basis denies them.

269. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 269 of the Complaint, and on that basis denies them.

270. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 270 of the Complaint, and on that basis denies them.

271. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 271 of the Complaint, and on that basis denies them.

272. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 272 of the Complaint, and on that basis denies them.

273. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 273 of the Complaint, and on that basis denies them.

274. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 274 of the Complaint, and on that basis denies them.

275. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 275 of the Complaint, and on that basis denies them.

276. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 276 of the Complaint, and on that basis denies them.

277. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 277 of the Complaint, and on that basis denies them.

278. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 278 of the Complaint, and on that basis denies them.

279. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 279 of the Complaint, and on that basis denies them.

280. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 280 of the Complaint, and on that basis denies them.

281. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 281 of the Complaint, and on that basis denies them.

282. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 282 of the Complaint, and on that basis denies them.

283. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 283 of the Complaint, and on

that basis denies them.

284. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 284 of the Complaint, and on that basis denies them.

285. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 285 of the Complaint, and on that basis denies them.

286. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 286 of the Complaint, and on that basis denies them.

287. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 287 of the Complaint, and on that basis denies them.

288. Defendant Gonzalez admits the allegations in Paragraph 288.

289. Defendant Gonzalez admits the allegations in Paragraph 289.

290. Defendant Gonzalez denies the allegations in Paragraph 290.

291. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 291 of the Complaint, and on that basis denies them.

292. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 292 of the Complaint, and on that basis denies them.

293. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 293 of the Complaint, and on that basis denies them.

294. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 294 of the Complaint, and on that basis denies them.

295. Defendant Gonzalez denies the jail was insufficiently staffed. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 295 of the Complaint, and on that basis denies them.

296. Defendant Gonzalez denies the jail was insufficiently staffed. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 296 of the Complaint, and on that basis denies them.

297. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 297 of the Complaint, and on that basis denies them.

298. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 298 of the Complaint, and on that basis denies them.

299. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 299 of the Complaint, and on that basis denies them.

## B. Obvious and Reasonable Accommodations Harris County and Harris Health Made for Type 1 Diabetics after Mr. Shelton's death.

300. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 300 of the Complaint, and on that basis denies them.

301. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 301 of the Complaint, and on that basis denies them.

302. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 302 of the Complaint, and on that basis denies them.

303. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 303 of the Complaint, and on that basis denies them.

304. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 304 of the Complaint, and on

that basis denies them.

305. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 305 of the Complaint, and on that basis denies them.

306. Defendant Gonzalez denies the allegations in Paragraph 306.

307. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 307 of the Complaint, and on that basis denies them.

308. Defendant Gonzalez denies the allegations in Paragraph 308.

309. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 309 of the Complaint, and on that basis denies them.

**C. The Texas Commission on Jail Standards Cites Harris County Jail for Noncompliance with Minimum Jail Standards Relating to Prescribing Medications, Including Insulin.**

310. Defendant Gonzalez admits the Texas Commission on Jail Standards "Commission" investigated and issued a notice of noncompliance dated December 19, 2022. Defendant Gonzalez admits the Commission required corrective measures to include providing procedures that shall require that a qualified medical professional shall review as soon as possible any prescription medication an inmate is taking when the inmate is taken into custody and provide each prescription

medication that a qualified medical professional or mental health professional determines is necessary for the care, treatment, or stabilization of an inmate with mental illness. Defendant Gonzalez denies the remaining allegations in Paragraph 310.

311. Defendant Gonzalez denies the allegations in Paragraph 311.

312. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 312 of the Complaint, and on that basis denies them.

313. Defendant Gonzalez denies the allegations in Paragraph 313.

314. Defendant Gonzalez admits the Texas Commission on Jail Standards inspected the jail in February 2023 and found non-compliance for following health instructions. Defendant Gonzalez denies the remaining allegations in Paragraph 314.

315. Defendant Gonzalez denies the allegations in Paragraph 315.

**D. Gonzalez denies the allegations in this heading.**

316. Defendant Gonzalez denies the allegations in Paragraph 316 of the Complaint.

317. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 317 of the Complaint, and on that basis denies them.

318. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 318 of the Complaint, and on

that basis denies them.

319. Defendant Gonzalez denies the allegations in Paragraph 319.

320. Defendant Gonzalez admits surveillance videos from March 27, 2022 were sent to the Commission. Defendant Gonzalez denies the remaining allegations in Paragraph 320.

321. Defendant Gonzalez denies the allegations in Paragraph 321.

322. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 322 of the Complaint, and on that basis denies them.

323. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 323 of the Complaint, and on that basis denies them.

324. Defendant Gonzalez denies the allegations in Paragraph 324 as stated.

**E. Gonzalez denies the allegations in this heading.**

325. Defendant Gonzalez denies the allegations in Paragraph 325 of the Complaint.

326. Defendant Gonzalez admits the Department of Justice investigated the Harris County jail on or about 2008 and 2009 and issued a report on its findings. Defendant Gonzalez admits the 2009 report speaks for itself. Defendant Gonzalez denies the remaining allegations in Paragraph 326.

327. Defendant Gonzalez admits the Department of Justice investigated the Harris

County jail and in 2009 issued a report on its findings. Defendant Gonzalez admits the 2009 report speaks for itself. Defendant Gonzalez denies the remaining allegations in Paragraph 327.

328. Defendant Gonzalez admits the Department of Justice investigated the Harris County jail and in 2009 issued a report on its findings. Defendant Gonzalez admits the 2009 report speaks for itself. Defendant Gonzalez denies the remaining allegations in Paragraph 328.

329. Defendant Gonzalez admits the Department of Justice investigated the Harris County jail and in 2009 issued a report on its findings. Defendant Gonzalez admits the 2009 report speaks for itself. Defendant Gonzalez denies the remaining allegations in Paragraph 329.

330. Defendant Gonzalez admits the Department of Justice investigated the Harris County jail and in 2009 issued a report on its findings. Defendant Gonzalez admits the 2009 report speaks for itself. Defendant Gonzalez denies the remaining allegations in Paragraph 330.

331. Defendant Gonzalez denies the allegations in Paragraph 331 as stated.

332. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 332 of the Complaint, and on that basis denies them.

333. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 333 of the Complaint, and on that basis denies them.

334. Defendant Gonzalez denies the allegations in Paragraph 334 as stated.

335. Defendant Gonzalez denies the allegations in Paragraph 335 of the Complaint.

336. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 336 of the Complaint, and on that basis denies them.

337. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 337 of the Complaint, and on that basis denies them.

338. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 338 of the Complaint, and on that basis denies them.

339. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 339 of the Complaint, and on that basis denies them.

340. Defendant Gonzalez denies the allegations in Paragraph 340 as stated.

341. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 341 of the Complaint, and on that basis denies them.

342. Defendant Gonzalez denies the allegations in Paragraph 342 of the Complaint.

343. Defendant Gonzalez denies the allegations in Paragraph 343 of the Complaint as stated.

344. Defendant Gonzalez denies the allegations in Paragraph 344 of the Complaint.

345. Defendant Gonzalez denies the allegations in Paragraph 345 of the Complaint as stated.

346. Defendant Gonzalez admits Harris Health conducted a study of possibly taking over medical care at the jail and hired Health Management Associates (HMA) to conduct a preliminary study of the Jail. Defendant Gonzalez denies the remaining allegations in Paragraph 346.

347. Defendant Gonzalez denies the allegations in Paragraph 347 of the Complaint as stated.

348. Defendant Gonzalez denies the allegations in Paragraph 348 of the Complaint.

349. Defendant Gonzalez denies the allegations in Paragraph 349 of the Complaint as stated.

350. Defendant Gonzalez denies the allegations in Paragraph 350 of the Complaint as stated.

351. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 351 of the Complaint, and on that basis denies them.

352. Defendant Gonzalez denies the allegations in Paragraph 352 of the Complaint as stated.

353. Defendant Gonzalez admits the Commissioner's Court received a copy of the HMA report.

354. Defendant Gonzalez denies the allegations in Paragraph 354 of the Complaint as stated.

355. Defendant Gonzalez admits the Commission issued its annual report on the Harris County Jail. Defendant Gonzalez denies the remaining allegations in Paragraph 355 as stated.

356. Defendant Gonzalez admits the allegations in Paragraph 356.

357. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 357 of the Complaint, and on that basis denies them.

358. Defendant Gonzalez admits the allegations in Paragraph 358.

359. Defendant Gonzalez admits the allegations in Paragraph 359.

360. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 360 of the Complaint, and on that basis denies them.

361. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 361 of the Complaint, and on

that basis denies them.

362. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 362 of the Complaint, and on that basis denies them.

363. Defendant Gonzalez admits HMA updated its original study and shared its finding with Harris County Sheriff's Office. Defendant Gonzalez denies the remaining allegations in Paragraph 363 as stated.

364. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 364 of the Complaint, and on that basis denies them.

365. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 365 of the Complaint, and on that basis denies them.

366. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 366 of the Complaint, and on that basis denies them.

367. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 367 of the Complaint, and on that basis denies them.

368. Defendant Gonzalez admits Harris Health implemented EPIC, its electronic

medical record platform, at the jail. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 368 of the Complaint, and on that basis denies them.

369. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 369 of the Complaint, and on that basis denies them.

370. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 370 of the Complaint, and on that basis denies them.

371. Defendant Gonzalez admits the allegations in Paragraph 371.

372. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 372 of the Complaint, and on that basis denies them.

373. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 373 of the Complaint, and on that basis denies them

374. Defendant Gonzalez denies the allegations in Paragraph 374 of the Complaint.

375. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 375 of the Complaint, and on that basis denies them.

376. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 376 of the Complaint, and on that basis denies them.

377. Defendant Gonzalez denies the allegations in Paragraph 377 of the Complaint.

378. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 378 of the Complaint, and on that basis denies them.

379. Defendant Gonzalez denies the allegations in Paragraph 379 of the Complaint.

380. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 380 of the Complaint, and on that basis denies them.

381. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 381 of the Complaint, and on that basis denies them.

382. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 382 of the Complaint, and on that basis denies them.

383. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 383 of the Complaint, and on that basis denies them.

384. Defendant Gonzalez denies the allegations in Paragraph 384 of the Complaint.

385. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 385 of the Complaint, and on that basis denies them.

386. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 386 of the Complaint, and on that basis denies them.

387. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 387 of the Complaint, and on that basis denies them.

388. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 388 of the Complaint, and on that basis denies them.

389. Defendant Gonzalez denies the allegations in Paragraph 389 as stated.

390. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 390 of the Complaint, and on that basis denies them.

391. Defendant Gonzalez denies the allegations in Paragraph 391 of the Complaint.

392. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 392 of the Complaint, and on

that basis denies them.

393. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 393 of the Complaint, and on that basis denies them.

394. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 394 of the Complaint, and on that basis denies them.

395. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 395 of the Complaint, and on that basis denies them.

396. Defendant Gonzalez denies the allegations in Paragraph 396 of the Complaint.

397. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 397 of the Complaint, and on that basis denies them.

398. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 398 of the Complaint, and on that basis denies them.

399. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 399 of the Complaint, and on that basis denies them.

400. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 400 of the Complaint, and on that basis denies them.

401. Defendant Gonzalez denies the allegations in Paragraph 401 of the Complaint.

402. Defendant Gonzalez denies the allegations in Paragraph 402 of the Complaint.

403. Defendant Gonzalez denies the allegations in Paragraph 403 of the Complaint.

404. Defendant Harris County denies the allegations in this paragraph against this Defendant.

405. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 405 of the Complaint, and on that basis denies them.

406. Defendant Gonzalez denies the allegations in Paragraph 406 of the Complaint.

407. Defendant Gonzalez denies the allegations in Paragraph 407 of the Complaint.

408. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 408 of the Complaint, and on that basis denies them.

409. Defendant Gonzalez denies the allegations in Paragraph 409 of the Complaint.

410. Defendant Gonzalez denies the allegations in Paragraph 410 of the Complaint.

411. Defendant Gonzalez denies the allegations in Paragraph 411 of the Complaint.

412. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 412 of the Complaint, and on that basis denies them.

413. Defendant Gonzalez denies the allegations in Paragraph 413 of the Complaint.

414. Defendant Gonzalez denies the allegations in Paragraph 414 of the Complaint.

415. Defendant Gonzalez denies the allegations in Paragraph 415 of the Complaint as stated.

416. Defendant Gonzalez denies the allegations in Paragraph 416 of the Complaint.

417. Defendant Gonzalez denies the allegations in Paragraph 417 of the Complaint.

418. Defendant Gonzalez denies the allegations in Paragraph 418 of the Complaint.

419. Defendant Gonzalez denies the allegations in Paragraph 419 of the Complaint as stated.

420. Defendant Gonzalez denies the allegations in Paragraph 420 of the Complaint.

421. Defendant Gonzalez denies the allegations in Paragraph 421 of the Complaint.

422. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 422 of the Complaint, and on that basis denies them.

423. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 423 of the Complaint, and on that basis denies them.

424. Defendant Gonzalez lacks knowledge or information sufficient to form a

belief about the truth of the allegations in Paragraph 424 of the Complaint, and on that basis denies them.

425. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 425 of the Complaint, and on that basis denies them.

426. Defendant Gonzalez denies the allegations in Paragraph 426 of the Complaint.

427. Defendant Gonzalez admits the 2009 Department of Justice report speaks for itself. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 427 of the Complaint, and on that basis denies them.

428. Defendant Gonzalez denies the allegations in Paragraph 428 of the Complaint as stated.

429. Defendant Gonzalez denies the allegations in Paragraph 429 of the Complaint as stated.

430. Defendant Gonzalez denies the allegations in Paragraph 430 of the Complaint.

431. Defendant Gonzalez denies the allegations in Paragraph 431 of the Complaint as stated.

432. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 432 of the Complaint, and on that basis denies them.

433. Defendant Gonzalez denies the allegations in Paragraph 433 of the Complaint.

434. Defendant Gonzalez denies the allegations in Paragraph 434 of the Complaint.

435. Defendant Gonzalez denies the allegations in Paragraph 435 of the Complaint.

436. Defendant Gonzalez denies the allegations in Paragraph 436 of the Complaint.

437. Defendant Gonzalez denies the allegations in Paragraph 437 of the Complaint.

438. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 438 of the Complaint, and on that basis denies them.

439. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 439 of the Complaint, and on that basis denies them.

440. Defendant Gonzalez denies the allegations in Paragraph 440 of the Complaint.

441. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 441 of the Complaint, and on that basis denies them.

442. Defendant Gonzalez denies the allegations in Paragraph 442 of the Complaint.

443. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 443 of the Complaint, and on that basis

denies them.

444. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 444 of the Complaint, and on that basis denies them.

445. Defendant Gonzalez denies the allegations in Paragraph 445 of the Complaint.

446. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 446 of the Complaint, and on that basis denies them.

447. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 447 of the Complaint, and on that basis denies them.

448. Defendant Gonzalez denies the allegations in Paragraph 448 of the Complaint.

449. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 449 of the Complaint, and on that basis denies them.

450. Defendant Gonzalez denies the allegation of ratifying this policy or practice.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 450 of the Complaint, and on that basis denies them.

451. Defendant Gonzalez denies the allegations in Paragraph 451 of the Complaint.

452. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 452 of the Complaint, and on that basis denies them.

453. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 453 of the Complaint, and on that basis denies them.

454. Defendant Gonzalez denies the allegations in Paragraph 454 of the Complaint.

455. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 455 of the Complaint, and on that basis denies them.

456. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 456 of the Complaint, and on that basis

denies them.

457. Defendant Gonzalez denies the allegations in Paragraph 457 of the Complaint.

458. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 458 of the Complaint, and on that basis denies them.

459. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 459 of the Complaint, and on that basis denies them.

460. Defendant Gonzalez denies the allegations in Paragraph 460 of the Complaint.

461. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 461 of the Complaint, and on that basis denies them.

462. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 462 of the Complaint, and on that basis denies them.

463. Defendant Gonzalez denies the allegations in Paragraph 463 of the Complaint.

464. Defendant Gonzalez denies the allegations in Paragraph 464 of the Complaint as stated.

465. Defendant Gonzalez denies the allegation of ratifying these policies or practices. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 465 of the Complaint, and on that basis denies them.

466. Defendant Gonzalez denies the allegation of ratifying these policies or practices. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 466 of the Complaint, and on that basis denies them.

467. Defendant Gonzalez denies the allegations in Paragraph 467 of the Complaint.

468. Defendant Gonzalez denies the allegation of ratifying these policies or practices. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 468 of the Complaint, and on that basis denies them.

469. Defendant Gonzalez denies the allegation of ratifying these policies or practices. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 469 of the Complaint, and on that basis denies them.

470. Defendant Gonzalez denies the allegations in Paragraph 470 of the Complaint.

471. Defendant Gonzalez denies the allegation of ratifying these policies or practices. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 471 of the Complaint, and on that basis denies them.

472. Defendant Gonzalez denies the allegation of ratifying these policies or practices. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 472 of the Complaint, and on that basis denies them.

473. Defendant Gonzalez denies the allegations in Paragraph 473 of the Complaint.

474. Defendant Gonzalez denies the allegations in Paragraph 474 of the Complaint.

475. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 475 of the Complaint, and on that basis denies them.

476. Defendant Gonzalez denies the allegation of ratifying this policy or practice. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 476 of the Complaint, and on that basis denies them.

477. Defendant Gonzalez denies the allegations in Paragraph 477 of the Complaint.

478. Defendant Gonzalez denies the allegation of understaffing the jail. Defendant

lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 478 of the Complaint, and on that basis denies them.

479. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 479 of the Complaint, and on that basis denies them.

480. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 480 of the Complaint, and on that basis denies them.

481. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 481 of the Complaint, and on that basis denies them.

482. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 482 of the Complaint, and on that basis denies them.

483. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 483 of the Complaint, and on that basis denies them.

484. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 484 of the Complaint, and on

that basis denies them.

485. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 485 of the Complaint, and on that basis denies them.

486. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 486 of the Complaint, and on that basis denies them.

487. Defendant Gonzalez denies the allegations in Paragraph 487 of the Complaint.

488. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 488 of the Complaint, and on that basis denies them.

489. Defendant Gonzalez admits he was the Sheriff of the Harris County Jail on February 13, 2017. Defendant Gonzalez denies the remaining allegations in Paragraph 489 of the Complaint as stated.

490. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 490 of the Complaint, and on that basis denies them.

491. Defendant Gonzalez admits the Commission cited Harris County Jail for failing to observe detainees left in a transport van's security department for up to ten hours. Defendant Gonzalez denies the remaining allegations in Paragraph 491 as

stated.

492. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 492 of the Complaint, and on that basis denies them.

493. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 493 of the Complaint, and on that basis denies them.

494. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 494 of the Complaint, and on that basis denies them.

495. Defendant Gonzalez admits that on December 19, 2017, the Commission cited the Harris County Jail after reviewing documentation and video evidence that the jailer made a round within the required time period but did not view the inmate face-to-face every 30 minutes. Except as admitted, Defendant Gonzalez denies any remaining allegations in Paragraph 495 directed to this Defendant.

496. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 496 of the Complaint, and on that basis denies them.

497. Defendant Gonzalez admits that on August 23, 2018, the Commission cited Harris County Jail after reviewing documentation and video evidence that the jailer

made a round within the required time period but did not view the inmate face-to-face every 30 minutes due to the inmate leaving the cellblock for medicine call and never returning. Defendant Gonzalez denies the remaining allegations in Paragraph 497.

498. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 498 of the Complaint, and on that basis denies them.

499. Defendant Gonzalez admits the allegations in Paragraph 499 of the Complaint.

500. Defendant Gonzalez denies the allegations in Paragraph 500 of the Complaint.

501. Defendant Gonzalez admits implementing CorreTrak electronic monitoring. Defendant Gonzalez denies the remaining allegations in Paragraph 501 as stated.

502. Defendant Gonzalez admits the Commission cited the Harris County Jail in December 2020 for failing to timely conduct face-to-face observations on detainees every sixty minutes on detainees and every thirty minutes on detainees known to be suicidal.

503. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 503 of the Complaint, and on that basis denies them.

504. Defendant Gonzalez admits the Commission initially cited the Harris County

Jail for being in non-compliance on April 5, 2021, but found deficiencies to be corrected and the Jail in compliance after conducting a re-inspection on April 9, 2021. Defendant Gonzalez denies any remaining allegations in Paragraph 504 to this Defendant.

505. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 505 of the Complaint, and on that basis denies them.

506. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 506 of the Complaint, and on that basis denies them.

507. Defendant Gonzalez denies the allegations in Paragraph 507 of the Complaint.

508. Defendant Gonzalez admits a suit was filed by detention officers against him and Harris County Commissioner's Court. Defendant denies the remaining allegations in Paragraph 508 of the Complaint as stated and denies the allegations within the suit.

509. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 509 of the Complaint, and on that basis denies them.

510. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 510 of the Complaint, and on

that basis denies them.

511. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 511 of the Complaint, and on that basis denies them.

512. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 512 of the Complaint, and on that basis denies them.

513. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 513 of the Complaint, and on that basis denies them.

514. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 514 of the Complaint, and on that basis denies them.

515. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 515 of the Complaint, and on that basis denies them.

516. Defendant Gonzalez denies the allegations in Paragraph 516 of the Complaint.

517. Defendant Gonzalez denies the allegations in Paragraph 517 of the Complaint.

518. Defendant Gonzalez denies the allegations in Paragraph 518 of the Complaint as stated.

519. Defendant Gonzalez denies the allegations in Paragraph 519 of the Complaint.

520. Defendant Gonzalez denies a pervasive nature of practice at the Harris County Jail. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 520 of the Complaint, and on that basis denies them.

521. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 521 of the Complaint, and on that basis denies them.

522. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 522 of the Complaint, and on that basis denies them.

523. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 523 of the Complaint, and on that basis denies them.

524. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 524 of the Complaint, and on that basis denies them.

525. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 525 of the Complaint, and on that basis denies them.

526. Defendant Gonzalez denies the allegations in Paragraph 526 of the Complaint.

527. Defendant Gonzalez denies the allegations in Paragraph 527 of the Complaint.

528. Defendant Gonzalez denies the allegations in Paragraph 528 of the Complaint.

529. Defendant Gonzalez denies the allegations in Paragraph 529 of the Complaint.

530. Defendant Gonzalez denies the allegations in Paragraph 530 of the Complaint.

531. Defendant Gonzalez denies the allegations in Paragraph 531 of the Complaint.

532. Defendant Gonzalez denies the allegations in Paragraph 532 of the Complaint.

533. Defendant Gonzalez denies the allegations in Paragraph 533 of the Complaint.

534. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 534 of the Complaint, and on that basis denies them.

535. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 535 of the Complaint, and on that basis denies them.

536. Defendant Gonzalez denies the allegations in Paragraph 536 of the Complaint.

537. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 537 of the Complaint, and on that basis denies them.

538. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 538 of the Complaint, and on

that basis denies them.

539. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 539 of the Complaint, and on that basis denies them.

540. This paragraph contains conclusions of law to which no response is required.

541. This paragraph contains conclusions of law to which no response is required.

542. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 542 of the Complaint, and on that basis denies them.

543. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 543 of the Complaint, and on that basis denies them.

544. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 544 of the Complaint, and on that basis denies them.

545. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 545 of the Complaint, and on that basis denies them.

546. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 546 of the Complaint, and on

that basis denies them.

547. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 547 of the Complaint, and on that basis denies them.

548. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 548 of the Complaint, and on that basis denies them.

549. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 549 of the Complaint, and on that basis denies them.

550. Defendant Gonzalez lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 550 of the Complaint, and on that basis denies them.

## IV. CAUSES OF ACTION

### A. Americans With Disabilities Act and Rehabilitation Act of 1973 against Defendants Harris County and Harris Health

551. Defendant Gonzalez incorporates by reference his responses to the preceding paragraphs as if fully set forth herein. The claims in this Count are asserted only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required, and to the extent a response is required, the allegations are denied.

**1. Gonzalez admits allegations in this heading.**

552. The allegations in Paragraph 552 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 552 and on that basis denies them.

553. The allegations in Paragraph 553 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 553 and on that basis denies them.

554. The allegations in Paragraph 554 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or

information sufficient to form a belief about the truth of the allegations in Paragraph 554 and on that basis denies them.

555. The allegations in Paragraph 555 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 555 and on that basis denies them.

556. The allegations in Paragraph 556 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 556 and on that basis denies them.

557. The allegations in Paragraph 557 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant

Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 557 and on that basis denies them.

558. The allegations in Paragraph 558 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 558 and on that basis denies them.

559. The allegations in Paragraph 559 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 559 and on that basis denies them.

560. The allegations in Paragraph 560 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a

response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 560 and on that basis denies them.

561. The allegations in Paragraph 561 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 561 and on that basis denies them.

562. The allegations in Paragraph 562 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 562 and on that basis denies them.

563. The allegations in Paragraph 563 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez;

accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 563 and on that basis denies them.

564. The allegations in Paragraph 564 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 564 and on that basis denies them.

565. The allegations in Paragraph 565 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 565 and on that basis denies them.

566. The allegations in Paragraph 566 are asserted in a claim brought only against

Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 566 and on that basis denies them.

567. The allegations in Paragraph 567 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 567 and on that basis denies them.

568. The allegations in Paragraph 568 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 568 and on that basis denies them.

569. The allegations in Paragraph 569 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 569 and on that basis denies them.

570. The allegations in Paragraph 570 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 570 and on that basis denies them.

571. The allegations in Paragraph 571 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph

571 and on that basis denies them.

572. The allegations in Paragraph 572 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 572 and on that basis denies them.

573. The allegations in Paragraph 573 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 573 and on that basis denies them.

574. The allegations in Paragraph 574 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or

information sufficient to form a belief about the truth of the allegations in Paragraph 574 and on that basis denies them.

575. The allegations in Paragraph 575 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 575 and on that basis denies them.

576. The allegations in Paragraph 576 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 576 and on that basis denies them.

577. The allegations in Paragraph 577 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant

Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 577 and on that basis denies them.

578. The allegations in Paragraph 578 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 578 and on that basis denies them.

579. The allegations in Paragraph 579 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 579 and on that basis denies them.

580. The allegations in Paragraph 580 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a

response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 580 and on that basis denies them.

581. The allegations in Paragraph 581 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 581 and on that basis denies them.

582. The allegations in Paragraph 582 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 582 and on that basis denies them.

583. The allegations in Paragraph 583 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez;

accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 583 and on that basis denies them.

584. The allegations in Paragraph 584 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 584 and on that basis denies them.

585. The allegations in Paragraph 585 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 585 and on that basis denies them.

586. The allegations in Paragraph 586 are asserted in a claim brought only against

Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 586 and on that basis denies them.

587. The allegations in Paragraph 587 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 587 and on that basis denies them.

## B. Fourteenth Amendment § 1983 *Monell* Claim Against Defendants Harris County and Harris Health – Deliberate Indifference to Medical Care and Unconstitutional Conditions of Confinement

588. Defendant Gonzalez incorporates by reference his responses to the preceding paragraphs as if fully set forth herein. The Monell claim in this Count is asserted only against Defendants Harris County and Harris Health; to the extent a response is required, and as to any allegation concerning Defendant Gonzalez, the allegation is denied.

589. The allegations in Paragraph 589 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 589 and on that basis denies them.

590. The allegations in Paragraph 590 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 590 and on that basis denies them.

591. The allegations in Paragraph 591 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph

591 and on that basis denies them.

592. The allegations in Paragraph 592 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 592 and on that basis denies them.

593. The allegations in Paragraph 593 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 593 and on that basis denies them.

594. Defendant Gonzalez admits he did have and does have policymaking authority over the day-to-day management of inmates and jail staff. Defendant Gonzalez denies the remaining allegations in Paragraph 594 of the Complaint as stated.

595. The allegations in Paragraph 595 are asserted in a claim brought only against

Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 595 and on that basis denies them.

596. Defendant Gonzalez denies the allegations in Paragraph 596 of the Complaint.

597. Defendant Gonzalez denies the allegations in Paragraph 597 of the Complaint.

598. The allegations in Paragraph 598 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 598 and on that basis denies them.

599. The allegations in Paragraph 599 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or

information sufficient to form a belief about the truth of the allegations in Paragraph 599 and on that basis denies them.

600. The allegations in Paragraph 600 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 600 and on that basis denies them.

601. The allegations in Paragraph 601 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 601 and on that basis denies them.

602. The allegations in Paragraph 602 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant

Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 602 and on that basis denies them.

603. The allegations in Paragraph 603 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 603 and on that basis denies them.

604. The allegations in Paragraph 604 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 604 and on that basis denies them.

605. Defendant Gonzalez denies the allegations in Paragraph 605 of the Complaint.

606. Defendant Gonzalez denies the allegations in Paragraph 606 of the Complaint.

607. Defendant Gonzalez denies the allegations in Paragraph 607 of the Complaint.

608. Defendant Gonzalez denies the allegations in Paragraph 608 of the Complaint.

609. Defendant Gonzalez denies the allegations in Paragraph 609 of the Complaint.

610. Defendant Gonzalez denies the allegations in Paragraph 610 of the Complaint.

611. The allegations in Paragraph 611 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 611 and on that basis denies them.

612. Defendant Gonzalez denies the allegations in Paragraph 612 of the Complaint.

613. The allegations in Paragraph 613 are asserted in a claim brought only against Defendants Harris County and Harris Health, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 613 and on that basis denies them.

## C. Fourteenth Amendment § 1983 Claims Against Defendant Harris County and Sheriff Gonzalez Individually – Deliberate Indifference to Safe Housing, Failure to Monitor, and Unconstitutional Conditions of Confinement

614. Defendant Gonzalez incorporates by reference his responses to the preceding paragraphs as if fully set forth herein, and denies the allegations of this Count directed against him.

615. Defendant Gonzalez denies the allegations in Paragraph 615 of the Complaint.

616. Defendant Gonzalez denies the allegations in Paragraph 616 of the Complaint.

617. Defendant Gonzalez denies the allegations in Paragraph 617 of the Complaint.

618. Defendant Gonzalez denies the allegations in Paragraph 618 of the Complaint.

619. Defendant Gonzalez denies the allegations in Paragraph 619 of the Complaint.

620. Defendant Gonzalez denies the allegations in Paragraph 620 of the Complaint.

621. Defendant Gonzalez denies the allegations in Paragraph 621 of the Complaint.

622. Defendant Gonzalez denies the allegations in Paragraph 622 of the Complaint.

623. Defendant Gonzalez denies the allegations in Paragraph 623 of the Complaint.

624. Defendant Gonzalez denies the allegations in Paragraph 624 of the Complaint.

625. Defendant Gonzalez denies the allegations in Paragraph 625 of the Complaint.

626. Defendant Gonzalez denies the allegations in Paragraph 626 of the Complaint.

627. Defendant Gonzalez denies the allegations in Paragraph 627 of the Complaint.

628. Defendant Gonzalez denies the allegations in Paragraph 628 of the Complaint.

629. Defendant Gonzalez denies the allegations in Paragraph 629 of the Complaint.

630. Defendant Gonzalez denies the allegations in Paragraph 630 of the Complaint.

631. Defendant Gonzalez denies the allegations in Paragraph 631 of the Complaint.

632. Defendant Gonzalez denies the allegations in Paragraph 632 of the Complaint.

633. Defendant Gonzalez denies the allegations in Paragraph 633 of the Complaint.

634. Defendant Gonzalez denies the allegations in Paragraph 634 of the Complaint.

635. Defendant Gonzalez denies the allegations in Paragraph 635 of the Complaint.

636. Defendant Gonzalez denies the allegations in Paragraph 636 of the Complaint.

### D. Denial of Access to Courts Against Defendants Harris County and Sheriff Gonzalez Only under 42 U.S.C. § 1983

637. Defendant Gonzalez incorporates by reference his responses to the preceding paragraphs as if fully set forth herein, and denies the allegations of this Count directed against him.

638. Defendant Gonzalez denies the allegations in Paragraph 638 of the Complaint.

639. Defendant Gonzalez denies the allegations in Paragraph 639 of the Complaint.

640. Defendant Gonzalez denies the allegations in Paragraph 640 of the Complaint.

641. Defendant Gonzalez denies the allegations in Paragraph 641 of the Complaint.

642. Defendant Gonzalez denies the allegations in Paragraph 642 of the Complaint.

643. Defendant Gonzalez denies the allegations in Paragraph 643 of the Complaint.

644. Defendant Gonzalez denies the allegations in Paragraph 644 of the Complaint.

### E. 42 U.S.C. § 1983 Claims Defendant Individual Detention Officers and Sheriff Gonzalez

645. Defendant Gonzalez incorporates by reference his responses to the preceding paragraphs as if fully set forth herein, and denies the allegations of this Count

directed against him.

646. The allegations in Paragraph 646 are asserted in a claim brought only against Defendant Individual Detention Officers, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 646 and on that basis denies them.

647. Defendant Gonzalez denies the allegations in Paragraph 647 of the Complaint.

648. The allegations in Paragraph 648 are asserted in a claim brought only against Defendant Individual Detention Officers, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 648 and on that basis denies them.

649. Defendant Gonzalez denies the allegations in Paragraph 649 of the Complaint.

650. Defendant Gonzalez denies the allegations in Paragraph 650 of the Complaint.

651. The allegations in Paragraph 651 are asserted in a claim brought only against Defendant Individual Detention Officers, and not against Defendant Gonzalez;

accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 651 and on that basis denies them.

652. The allegations in Paragraph 652 are asserted in a claim brought only against Defendant Individual Detention Officers, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 652 and on that basis denies them.

653. Defendant Gonzalez denies the allegations in Paragraph 653 of the Complaint.

654. The allegations in Paragraph 654 are asserted in a claim brought only against Defendant Individual Detention Officers, and not against Defendant Gonzalez; accordingly, no response from Defendant Gonzalez is required. To the extent a response is required, and as to any allegation that concerns or implicates Defendant Gonzalez, the allegation is denied; Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 654 and on that basis denies them.

655. Defendant Gonzalez denies the allegations in Paragraph 655 of the Complaint.

656. Defendant Gonzalez denies the allegations in Paragraph 656 of the Complaint.

## V. DAMAGES

657. Defendant Gonzalez incorporates by reference his responses to the preceding paragraphs as if fully set forth herein.

658. Defendant Gonzalez denies that he caused any injury to Mr. Shelton or Plaintiffs and denies that Plaintiffs are entitled to recover any damages or other relief from him. Defendant lacks knowledge or information sufficient to form a belief about the truth of the nature and amount of the damages described in Paragraph 658, and on that basis denies them.

659. Defendant Gonzalez denies that he caused any injury to Mr. Shelton or Plaintiffs and denies that Plaintiffs are entitled to recover any damages or other relief from him. Defendant lacks knowledge or information sufficient to form a belief about the truth of the nature and amount of the damages described in Paragraph 659, and on that basis denies them.

## VI. PUNITIVE DAMAGES
## (Against Individual Defendants in their individual capacities only)

660. Defendant Gonzalez incorporates by reference his responses to the preceding paragraphs as if fully set forth herein.

*A. Punitive Damages Against Individual Detention Officers Only*

661. The allegations in Paragraph 661 seek punitive damages against a Defendant

other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

662. The allegations in Paragraph 662 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

663. The allegations in Paragraph 663 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

664. The allegations in Paragraph 664 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

665. The allegations in Paragraph 665 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

666. The allegations in Paragraph 666 seek punitive damages against a Defendant

other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

667. The allegations in Paragraph 667 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

668. The allegations in Paragraph 668 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

669. The allegations in Paragraph 669 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

670. The allegations in Paragraph 670 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

671. The allegations in Paragraph 671 seek punitive damages against a Defendant

other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

672. The allegations in Paragraph 672 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

673. The allegations in Paragraph 673 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

674. The allegations in Paragraph 674 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

675. The allegations in Paragraph 675 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

676. The allegations in Paragraph 676 seek punitive damages against a Defendant

other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

677. The allegations in Paragraph 677 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

678. The allegations in Paragraph 678 seek punitive damages against a Defendant other than Defendant Gonzalez, and therefore no response from Defendant Gonzalez is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to punitive damages against any Defendant.

*B. Punitive Damages Against Sheriff Gonzalez*

679. Defendant Gonzalez denies the allegations in Paragraph 679. Defendant denies that he engaged in any conduct with malice or reckless or callous indifference to Mr. Shelton's rights, and denies that Plaintiffs are entitled to punitive or any other damages against him.

## VII. ATTORNEYS' FEES

680. Defendant Gonzalez denies that Plaintiffs are entitled to recover attorneys' fees, costs, or any other relief from him under 42 U.S.C. § 1988, 29 U.S.C. § 794a(b), 42 U.S.C. § 12205, or otherwise.

## VIII. JURY DEMAND

681. Defendant Gonzalez admits that Plaintiffs demand a trial by jury. Paragraph 681 contains a jury demand to which no further response is required.

General Denial. Except as expressly and specifically admitted above, Defendant Gonzalez denies each and every allegation of the Complaint, including all allegations set forth in its headings, subheadings, footnotes, and unnumbered paragraphs, and specifically denies that Plaintiffs are entitled to any relief whatsoever against him.

## OBJECTIONS AND AFFIRMATIVE DEFENSES

Defendant Gonzalez asserts the following objections and defenses. In doing so, he does not assume any burden of proof or persuasion that the law places on Plaintiffs, and he expressly reserves the right to amend or supplement these defenses as investigation and discovery proceed. Fed. R. Civ. P. 8(c), 12(b).(Fed. R. Civ. P. 8; Fed. R. Civ. P. 12)

**FIRST DEFENSE** (Failure to State a Claim — Fed. R. Civ. P. 12(b)(6)). The Complaint fails to state a claim against Defendant Gonzalez upon which relief can be granted. Plaintiffs' allegations do not plausibly establish that Defendant Gonzalez personally violated any of Mr. Shelton's constitutional rights, and this defense is asserted as an objection to be resolved at the earliest possible stage. (*Carter v. Collier*, No. CV H-22-01912, 2023 WL 5607648 (S.D. Tex. July 28,

2023).

**SECOND DEFENSE** (Qualified Immunity). Defendant Gonzalez is entitled to qualified immunity. At all relevant times he acted in good faith and within the scope of his discretionary authority, and his conduct did not violate any clearly established statutory or constitutional right of which a reasonable official would have known. (*Baughman v. Garcia*, 254 F. Supp. 3d 848 (S.D. Tex. 2017)) A clearly established right must be defined with particularity, and Plaintiffs cannot identify any controlling precedent, particularized to these facts, that placed the unlawfulness of Defendant Gonzalez's alleged conduct beyond debate.(*Baughman v. Garcia*, 254 F. Supp. 3d 848 (S.D. Tex. 2017); *Porter v. Epps*, 659 F.3d 440 (5th Cir. 2011))

**THIRD DEFENSE** (No Supervisory or Vicarious Liability). Section 1983 does not impose respondeat superior or vicarious liability on a supervisor for the acts of subordinates. (*McNeal v. LeBlanc*, 90 F.4th 425 (5th Cir. 2024)) Defendant Gonzalez did not personally participate in any alleged constitutional deprivation, and he did not implement any policy that was the moving force behind any constitutional injury to Mr. Shelton.(*Baughman v. Garcia*, 254 F. Supp. 3d 848 (S.D. Tex. 2017); *Porter v. Epps*, 659 F.3d 440 (5th Cir. 2011))

**FOURTH DEFENSE** (No Deliberate Indifference). Plaintiffs cannot establish deliberate indifference, which is an extremely high standard that is not satisfied by

negligence, medical malpractice, unsuccessful treatment, or disagreement with the treatment provided. (*Baughman v. Garcia*, 254 F. Supp. 3d 848 (S.D. Tex. 2017)) Defendant Gonzalez was not aware of, and did not consciously disregard, any substantial risk of serious harm to Mr. Shelton. (*Baughman v. Garcia*, 254 F. Supp. 3d 848 (S.D. Tex. 2017))

**FIFTH DEFENSE** (No Actionable Failure to Train or Supervise). Any failure-to-train or failure-to-supervise theory fails because Plaintiffs cannot show a pattern of similar constitutional violations sufficient to put Defendant Gonzalez on notice, and cannot show that any alleged training or supervisory omission was the obvious and highly predictable cause of the alleged injury. (*Baughman v. Garcia*, 254 F. Supp. 3d 848 (S.D. Tex. 2017)) Absent such a pattern, the claim reduces to impermissible de facto respondeat superior liability. (*Porter v. Epps*, 659 F.3d 440 (5th Cir. 2011))

**SIXTH DEFENSE** (Causation; Intervening and Superseding Causes). Any injury or damage alleged in the Complaint was proximately caused, in whole or in part, by the acts or omissions of persons or entities other than Defendant Gonzalez — including Mr. Shelton, Harris Health, the medical providers, and the other Defendants — over whom Defendant Gonzalez exercised no control, and such acts or omissions constitute intervening and superseding causes that bar or diminish any recovery.

**SEVENTH DEFENSE** (Statute of Limitations). To the extent any of Plaintiffs' claims accrued outside the applicable limitations period, those claims are barred, in whole or in part, by the statute of limitations. Fed. R. Civ. P. 8(c).(Fed. R. Civ. P. 8)

**EIGHTH DEFENSE** (Failure to Exhaust Administrative Remedies). To the extent applicable, Plaintiffs' claims are barred, in whole or in part, by the failure to exhaust available administrative remedies. (*Carter v. Collier*, No. CV H-22-01912, 2023 WL 5607648 (S.D. Tex. July 28, 2023))

**NINTH DEFENSE** (No Basis for Punitive Damages). Plaintiffs are not entitled to punitive damages because Defendant Gonzalez did not act with evil motive or intent, or with reckless or callous indifference to Mr. Shelton's federally protected rights.

**TENTH DEFENSE** (Eleventh Amendment / Official-Capacity Bar). To the extent any claim against Defendant Gonzalez is construed as a claim against him in his official capacity for monetary relief, such claim is barred by the Eleventh Amendment and because a state official sued in his official capacity is not a "person" subject to suit for such relief under 42 U.S.C. § 1983. (*Carter v. Collier*, No. CV H-22-01912, 2023 WL 5607648 (S.D. Tex. July 28, 2023))

**ELEVENTH DEFENSE** (Failure to Mitigate). Plaintiffs' recovery, if any, is barred or reduced to the extent of any failure to mitigate the damages alleged.

**TWELFTH DEFENSE** (Limitations on Damages). Plaintiffs' damages, if any, are limited by applicable law, including statutory limitations on the recovery of damages absent physical injury and other applicable statutory and common-law limitations.(*Carter v. Collier*, No. CV H-22-01912, 2023 WL 5607648 (S.D. Tex. July 28, 2023))

**THIRTEENTH DEFENSE** (Good Faith). Defendant Gonzalez at all times acted in good faith and with a reasonable, good-faith belief that his conduct was lawful, and without malice toward Mr. Shelton or Plaintiffs.

**FOURTEENTH DEFENSE** (Proportionate Responsibility). To the extent applicable, any recovery against Defendant Gonzalez must be reduced in proportion to the responsibility of other persons and entities, including the other Defendants and any responsible third parties.

**FIFTEENTH DEFENSE** (Reservation of Defenses). Defendant Gonzalez reserves the right to assert additional objections and affirmative defenses that become known through discovery or otherwise, and does not waive, and expressly preserves, any defense available under Fed. R. Civ. P. 8(c) and 12(b).(Fed. R. Civ. P. 12)

**JURY DEMAND**

Defendant Ed Gonzalez demands a trial by jury on all issues so triable.

WHEREFORE, PREMISES CONSIDERED, Defendant Ed Gonzalez respectfully requests that the Court enter judgment in his favor, award him his reasonable costs and fees, and grant such other relief as the Court deems just and proper.

Date: July 22, 2026.

Respectfully submitted,

By: *\/s/ Gregory Burnett*

**GREGORY BURNETT**
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov
**RACHEL FRASER**
Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 24079725
Fed. Bar No. 2553428
Tel: (713) 274-5383 (direct)
rachel.fraser@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1010 Lamar, 11th Floor
Houston, Texas 77002

**ATTORNEYS FOR ED GONZALEZ**

**CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

*/s/ Gregory Burnett*
GREGORY BURNETT