**Abbie Kamin**
**COUNTY ATTORNEY**

October 5, 2026

Clerk of the United States District Court
Southern District of Texas
515 Rusk Avenue
Houston, Texas 77002

Re: Notice of Unavailability
4:23-cv-04587 – John An v. Luis Castellanos, et al
4:23-cv-00302 – Alexander Williams v Deputy Bolin, et al.
4:25-cv-00135 – Rico McCoy v Christopher Bolin, et al.
4:25-cv-01081 – Shantalace Humble v Harris County, et al.
4:25-cv-02677 – Anasia Smith v Harris County, et al.
4:25-cv-02899 – Trinidad Cutshall v Harris County, et al.
4:21-cv-01289 – Benavides v Harris County, et al.
4:25-cv-04492 – Hotze and Taylor v Harris County, et al.
4:26-cv-00685 – McGregor v Harris County, et al.
4:26-cv-01585 – Cardenas v Harris County, et al.
4:23-cv-03198 – Sarah Borchgrevink, et al v Harris County
4:22-cv-03103 – Douglas Baker v Deputy Constable Sebastian, et al
4:26-cv-02595 – Sean Mueller v Harris County, et al

Dear Sir/ Ma’am,

I am lead counsel for at least on party in the cases referenced above. Please be advised I will not be available on the following dates:

November 23-25, 2026
December 18-28, 2026
January 16-25, 2027
June 13-20, 2027

I will have limited access to email and phone service. I respectfully request that no hearings, deadlines, or other matters be scheduled during that time. If you have any questions or concerns, please advise. Thank you for your assistance in this matter.

Sincerely,
*/s/ Frank J. Ford*
**FRANK J. FORD**
Assistant County Attorney
State Bar No. 24012642
Federal ID No. 565385
1010 Lamar, 11th Floor
Houston, Texas 77002
P: (832) 570-7582 (cell)
E: frank.ford@harriscountytx.gov