IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SARAH BORCHGREVINK, REPRESENTATIVE OF THE ESTATE OF MATTHEW RYAN SHELTON, DECEASED and MARIANNA RUTH THOMSON, statutory wrongful death beneficiary of MATTHEW RYAN SHELTON, DECEASED<br><br>Plaintiffs | § | |
| v. | § | Civil Action No. 4:23-cv-03198 |
| HARRIS COUNTY, TEXAS; DETENTION SHERIFF ED GONZALEZ; OFFICER CHARLEY LAUDER; DETENTION OFFICER ELIZABETH GARCIA; DETENTION OFFICER PAULINO OLGUIN; DETENTION OFFICER WILLIAM RUSSELL; DETENTION OFFICER GARRETT WOODS; DETENTION OFFICER TIMOTHY OWENS; DETENTION OFFICER KALIN STANFORD; DETENTION OFFICER BRAYAN SILVA; DETENTION OFFICER AMBER BAILEY; DETENTION OFFICER AMALIA RUIZ; DETENTION OFFICER JEREMIAH ADEBOLA; DETENTION OFFICER ALLYSON HURD; DETENTION OFFICER DENTRELL WOODS; DETENTION OFFICER KIMBERLY ROSSELL; DETENTION OFFICER MARVIN PERKINS; DETENTION OFFICER LONNIE BROOKS; SERGEANT ALEJANDRO NIETO; and SERGEANT BRYAN COLLINS.<br><br>Defendants. | § | |

# AMENDED DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

## DEADLINES

| | | |
|---|---|---|
| 1. | PASSED | **DEADLINE TO AMEND PLEADINGS** Parties may amend pleadings by this date without leave of court. If Plaintiff(s) file(s) an Amended Complaint by this date, Defendant(s) may file a responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3). After expiration of this deadline, a party seeking to amend pleadings must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). |
| 2. | PASSED | **DEADLINE TO ADD NEW PARTIES** Unless a case has been removed from state court, new parties may be added by this date without leave of court. After expiration of this deadline, a party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties. **Note:** If a case has been removed from state court, a motion for leave must be filed seeking a permission to add new parties. |
| 3. | 5/7/2027 | Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). |
| 4. | 7/9/2027 | Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). |
| 5. | 9/10/2027 | **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| 6. | N/A | **LIMITS ON DISCOVERY** |

| | | |
|---|---|---|
| 7. | 10/1/2027 | **DISPOSITIVE MOTIONS** Parties wishing to file dispositive motions must still follow the pre-motion conference requirements set forth in Section 6 of the local court procedures utilized by Judge Hanks and Judge Edison. |
| 8. | 11/13/2027 | **ALL OTHER PRETRIAL MOTIONS** |
| 9. | 1/7/2028 | **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures. |
| 10. | 1/14/2028 | **DOCKET CALL is set at ____:00 ___.m.** Other than as set out in the Court's Procedures no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. |
| 11. | February 2028 | **JURY / BENCH TRIAL** Case is subject to being called to trial on short notice during this month. |

Estimated Trial Time: __8__ days.

Signed this ______ day of __________________ 2026.

____________________________________
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ John Flood*

John Flood, attorney-in-charge
State Bar No. 07155910
So. Dist. Bar No. 12593
OF COUNSEL:
Jeff Edwards
State Bar No. 24014406
jeff@floodtriallawyers.com
Lisa Snead
State Bar No. 24062204
lisa@floodtriallawyers.com
**JOHN T. FLOOD, L.L.P.**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Tel. (361) 654-8877
Fax. (361) 654-8879
john@floodtriallawyers.com
irma@floodtriallawyers.com
**ATTORNEYS FOR PLAINTIFFS**

*/s/ Gregory Burnett w/permission*

**GREGORY BURNETT**
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov
**RACHEL FRASER**
Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 24079725
Fed. Bar No. 2553428
Tel: (713) 274-5383 (direct)
rachel.fraser@harriscountytx.gov
**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1010 Lamar, 11th Floor
Houston, Texas 77002
**ATTORNEYS FOR ED GONZALEZ**

*/s/ Frank Ford w/permission*
**FRANK FORD**
Assistant County Attorney
ATTORNEY-IN-CHARGE
Federal ID No. 565385
State Bar No. 24012642
Tel: (832) 570-7582 (direct)
frank.ford@harriscountytx.gov
**GREGORY BURNETT**
Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov
**RACHEL FRASER**
Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 24079725
Fed. Bar No. 2553428
Tel: (713) 274-5383 (direct)
rachel.fraser@harriscountytx.gov
**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1010 Lamar, 11th Floor
Houston, Texas 77002
Tel: (713) 274-5137
**ATTORNEYS FOR DEFENDANT HARRIS COUNTY**

*/s/ James C. Butt w/permission*
**JAMES C. BUTT**
Sr. Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24040354
Fed. Bar No. 725423
Phone: (713) 274-5133 (direct)
james.butt@harriscountytx.gov
ATTORNEY-TO BE NOTICED
**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1010 Lamar
Houston, Texas 77002

Phone: (713) 274-5133 (direct)
**ATTORNEYS FOR DEFENDANTS TIMOTHY OWENS, AMALIA RUIZ, ALEJANDRO NIETO, BRAYAN SILVA, LONNIE BROOKS, and KALIN STANFORD**

*/s/ Vishal V. Iyer w/permission*
**VISHAL V. IYER**
Senior Assistant County Attorney
ATTORNEY-IN-CHARGE
Texas Bar No. 24106134
S.D. Tex. No. 3379048
Tel: (346) 286-4744 (direct)
vishal.iyer@harriscountytx.gov
**JAMES C. BUTT**
Senior Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 24040354
Fed. Bar No. 725423
Tel: (713) 274-5133 (direct)
james.butt@harriscountytx.gov
**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1010 Lamar, 11th Floor
Houston, Texas 77002
**ATTORNEY FOR DEFENDANTS AMBER BAILEY, BRYAN COLLINS, ALYSON HURD, and DENTRELL WOODS**

*/s/ Kelly R. Albin w/permission*
Kelly R. Albin
State Bar No. 24086079
So. Dist. ID No. 3792304
kralbin@rampagelaw.com
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist. Id No. 5953
rjnavarro@rampagelaw.com
**DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH, P.C.**
549 N. Egret Bay, Suite 200
League City, Texas 77573
(832) 632-2102 (office)

(832) 632-2132 (fax)
**ATTORNEYS FOR DEFENDANTS GARRETT WOODS, WILLIAM RUSSEL, PAULINO OLGUIN, CHARLEY LAUDER; ELIZABETH GARCIA**